# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| *In re* Bank Markazi,<br><br>*Petitioner.* | Case No. 13-4003 |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated March 10, 2014 (Document No. 61), Petitioner Bank Markazi respectfully submits this joint status report on behalf of itself and all Respondents.

1.   By Order dated November 7, 2013 (Document No. 32), this Court ordered a stay as to the hearing of Bank Markazi's mandamus petition and all district court proceedings, including schedules affecting discovery and motion practice, related in any way to Bank Markazi (the "Stay"), for a period of thirty (30) days.

2.   Upon the joint motions of Respondents and Petitioner Bank Markazi (Document Nos. 39, 44 and 53), this Court by Orders dated December 5, 2013 (Document No. 42), January 6, 2014 (Document No. 49) and February 6, 2014 (Document No. 54), respectively, extended the Stay for a further thirty (30) days in each instance.

3. The Court's March 10, 2014 Order subsequently extended the Stay "for the duration of the settlement discussions" and directed the parties to "provide status updates to this Court on a monthly basis, beginning April 5, 2014."

4. Appellant Bank Markazi filed a joint status report on April 4, 2014 (Document No. 62) on behalf of itself and all Appellees pursuant to the Court's March 10, 2014 Order.

5. Following a preliminary meeting between counsel for the parties to discuss Respondents' proposal to explore the possibility of settlement, that proposal has been forwarded to Bank Markazi for consideration. Counsel has been advised that the proposal remains under consideration by the Iranian authorities at this time and is not currently in a position to assess the timing of Bank Markazi's response.

6. As directed by the Court in its March 10, 2014 Order, the Parties will continue to provide status updates to the Court on a monthly basis, and will notify the Court in the event they determine that further settlement discussions would not be productive.

Dated: New York, New York
May 5, 2014

Respectfully Submitted,

 /s/ David M. Lindsey
David M. Lindsey
Andreas A. Frischknecht

CHAFFETZ LINDSEY LLP
505 Fifth Avenue, 4th Floor
New York, NY 10017
Tel. (212) 257-6960
Fax (212) 257-6950
d.lindsey@chaffetzlindsey.com
www.chaffetzlindsey.com

*Attorneys for Petitioner Bank Markazi*